SOPHIE HILER v. ELIZABETH SZEKELY, *ET AL.*

May 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. FLOYD W. PELT, JR.

May 30, 1972. Petition for certification denied.

DELLA FLORENCE ANDERSON, EXECTRIX v.
NATIONWIDE MUTUAL INSURANCE CO.

May 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN BEIER THEURER.

May 30, 1972. Petition for certification granted. (See 118 *N. J. Super.* 485)

STATE OF NEW JERSEY v. JAMES JOSEPH JENNINGS.

May 30, 1972. Petition for certification denied.

IN THE MATTER OF ARTHUR JAMES a/k/a JAMES EVANS
FOR WRIT OF HABEAS CORPUS.

May 30, 1972. Petition for certification denied.